1  Matthew M. Loker, Esq. (*pro hac vice*)
   **KAZEROUNI LAW GROUP, APC**
2  1303 E. Grand Ave., Ste. 101
3  Arroyo Grande, CA 93420
   Phone: (800) 335-5523
4  ml@kazlg.com
5
6  Michael Kind, Esq. (SBN: 13903)
   **KAZEROUNI LAW GROUP, APC**
7  6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148
8  Phone: (800) 400-6808 x7
9  Fax: (800) 520-5523
   mkind@kazlg.com
10
11 Sara Khosroabadi (SBN: 13703)
   **HYDE & SWIGART**
12 6069 S. Fort Apache Rd., Ste. 100
13 Las Vegas, NV 89148
   Phone: 619-233-7770
14 Fax: 619-297-1022
15 Email: sara@westcoastlitigation.com
   *Attorneys for Plaintiff Ronald Conley*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Conley,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>    Defendant. | Case No. 2:17-cv-00982-APG-PAL<br><br>**Notice of Settlement** |

# NOTICE

The dispute between Plaintiff Ronald Conley ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **December 29, 2017**.

DATED this 30th day of October 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the parties shall have until **December 29, 2017**, to either file a stipulation of dismissal with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: October 31, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 30, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148