Matthew M. Loker, Esq. (*pro hac vice*)
**KAZEROUNI LAW GROUP, APC**
1303 E. Grand Ave., Ste. 101
Arroyo Grande, CA 93420
Phone: (800) 335-5523
ml@kazlg.com

Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Ronald Conley*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Conley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>　　　　Defendant. | Case No. 2:17-cv-00982-APG-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

## JOINT STATUS REPORT

The dispute between Plaintiff Ronald Conley and Defendant Midland Credit Management, Inc. ("Defendant" and jointly as the "Parties") has been resolved. The Parties have agreed as to the settlement terms and have exchanged a final settlement agreement. The Parties are waiting for an executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **January 29, 2018**.

DATED this 29th day of December 2017.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ John M. Naylor
Jennifer L. Braster, Esq.
John M. Naylor, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*

**IT IS ORDERED** that the settling parties shall have until January 29, 2018, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: January 4, 2018

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 29, 2017, the foregoing Joint Status Report Regarding Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
  Michael Kind, Esq.
  6069 South Fort Apache Road, Suite 100
  Las Vegas, Nevada 89148