1  Matthew M. Loker, Esq. (*pro hac vice*)
2  **KAZEROUNI LAW GROUP, APC**
   1303 E. Grand Ave., Ste. 101
3  Arroyo Grande, CA 93420
   Phone: (800) 335-5523
4  ml@kazlg.com

5

6  Michael Kind, Esq. (SBN: 13903)
   **KAZEROUNI LAW GROUP, APC**
7  6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148
8  Phone: (800) 400-6808 x7
9  Fax: (800) 520-5523
   mkind@kazlg.com

10

11 Sara Khosroabadi (SBN: 13703)
   **HYDE & SWIGART**
12 6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148
13 Phone: 619-233-7770
14 Fax: 619-297-1022
15 Email: sara@westcoastlitigation.com
   *Attorneys for Plaintiff Ronald Conley*
16

17 # UNITED STATES DISTRICT COURT
18 ## DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Conley,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br><br>    Defendant. | Case No. 2:17-cv-00982-APG-PAL<br><br>**Stipulation of Dismissal of Midland Credit Management, Inc.**<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronald Conley ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ John M. Naylor
Jennifer L. Brastor, Esq.
John M. Naylor, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/29/2018